# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 19-218-JGB (SPx) | Date | November 13, 2019 |
|---|---|---|---|
| Title | Danielle Piper v. Fedex Freight, Inc., et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Motion Should Not Be Denied as Untimely

On November 12, 2019, defendant filed a Motion to Compel. The motion was not filed in the form of a joint stipulation as normally required by Local Rule 37-2; however, it was accompanied by a declaration stating plaintiff's counsel had failed to timely meet and confer when requested, thus arguably permitting defendant to file a motion without a joint stipulation, with Local Rules 6-1, 7-9, and 7-10 governing. *See* L.R. 37-2.4.

Under Local Rule 6-1, the notice of motion must be filed not later than 28 days before the hearing date. Here, the motion was filed on November 12 and thus could be noticed for hearing not earlier than December 10, 2019. Thus, the noticed hearing date of December 3, 2019 was improper.

Were this the only issue, the court would simply move the hearing date to December 10. But under the Scheduling Order in this case, the last date for discovery motions to be heard is December 9, 2019.

Accordingly, plaintiff is hereby ordered to show cause, on or before November 20, 2019, why the Motion to Compel should not be denied as untimely. If plaintiff withdraws the motion on or before November 20, 2019, the order to show cause will be discharged. The court also observes that it appears the issue of plaintiff's appearance for deposition is a matter the parties might be able to resolve informally, without, for example, the need to request an extension of the discovery cutoff or for a ruling on the motion to compel. The court encourages the parties to try.